# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG HARRISON, ALEX ROSS, CODY CARTER, GREG WHALEN, JOHN HALM, LEVI MILLS, MANUEL CAMACHO, RUSSELL KOTA, TREVOR PALMER, TREVOR TULL, TYLER TEMPLETON, ALEXANDER MADDEN, DANIEL BOSSERT, DUSTIN GARNER, JENNIFER CASEY, STUART EPTING, AND WILLIE HANKS, | ) ) ) ) ) ) ) ) ) ) )   **Case No.** 3:25-cv-1203 |

               **Plaintiffs,**

vs.

3M COMPANY, F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY; AGC CHEMICALS AMERICAS INC.; AMEREX CORPORATION; ARCHROMA U.S. INC.; ARKEMA, INC.; BASF CORPORATION; BUCKEYE FIRE EQUIPMENT COMPANY; CARRIER GLOBAL CORPORATION; CHEMDESIGN PRODUCTS, INC.; CHEMGUARD, INC.; CHEMICALS, INC.; CHEMOURS COMPANY FC, LLC; CHUBB FIRE, LTD; CLARIANT CORP.; CORTEVA, INC.; DAIKIN AMERICA, INC.; DEEPWATER CHEMICALS, INC.; DU PONT DE NEMOURS INC. (F/K/A DOWDUPONT INC.); DYNAX CORPORATION; E.I. DU PONT DE NEMOURS AND COMPANY; JOHNSON CONTROLS, INC.; KIDDE

PLC; NATION FORD CHEMICAL COMPANY; NATIONAL FOAM, INC.; PERIMETER SOLUTIONS, LP; THE CHEMOURS COMPANY; TYCO FIRE PRODUCTS LP, AS SUCCESSOR-IN-INTEREST TO THE ANSUL COMPANY; UNITED TECHNOLOGIES CORPORATION; UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (F/K/A GE INTERLOGIX, INC.); ALLSTAR FIRE EQUIPMENT; CB GARMENT, INC.; FIRE-DEX, LLC; FIRE SERVICE PLUS, INC.; GLOBE MANUFACTURING COMPANY LLC; HONEYWELL SAFETY PRODUCT USA, INC.; INNOTEX CORP.; L.N. CURTIS & SONS; LION GROUP, INC.; MILLIKEN & COMPANY; MINE RESPIRATOR COMPANY LLC F/K/A MINE SAFETY APPLIANCES CO., LLC; MUNICIPAL EMERGENCY SERVICES, INC.; PBI PERFORMANCE PRODUCTS, INC.; RICOCHET MANUFACTURING CO., INC; SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC; SOUTHERN MILLS, INC. D/B/A TENCATE PROTECTIVE FABRICS; SPRINGFIELD LLC; STEDFFAST USA, INC.; VERIDIAN LIMITED; W.L. GORE & ASSOCIATES INC.; WITMER PUBLIC SAFETY GROUP,

      **Defendants.**

## **DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND SDIL LR 7.1-1**

   Pursuant to Federal Rule of Civil Procedure 7.1 and SDIL LR 7.1-1, 3M Company makes the following disclosure:

1. Is the party or intervenor making this disclosure a "non-governmental corporate party" or a "nongovernmental corporation that seeks to intervene" as defined under SDIL-LR 7.1-1?

    ☐ Yes     ☒ No

    a. If the answer to Number 1 is "yes," list below any parent corporation, publicly held corporation, affiliated corporation, limited liability company, partnership, firm, joint venture, trust, or other entity, or any individual that owns 10% or more of the disclosing party's or intervenor's stock or 10% or more ownership interest in the disclosing party or intervenor or state that there is no such entity or individual:

    N/A

2. <u>Is the jurisdiction of this action based on diversity under 28 U.S.C. § 1332(a)[1]?</u>

    ☐ Yes     ☒ No

    a. If the answer to Number 2 is "yes," name and identify below the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor making this disclosure. Note that if the disclosing party or intervenor is a limited liability company or partnership, the citizenship of each partner or member must be named and identified through all layers until you reach individuals and/or corporations (and identify the citizenship of those individuals and/or corporations):

    > 3M Company is incorporated in the State of Delaware and has its principal place of business in St. Paul, Minnesota. 3M Company is a citizen of Delaware and Minnesota.

---

[1] The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
    (1) citizens of different States;
    (2) citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;
    (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and
    (4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.

The undersigned disclosing party or intervenor understands that under Federal Rule of Civil Procedure 7.1 and SDIL-LR 7.1-1, it will promptly file a supplemental statement upon any change in the information that this statement requires.

DATED:  June 6, 2025

/s/Daniel I. Rottenberg
Signature

Daniel I. Rottenberg
Name

71 S. Wacker Drive
Address

(312) 701-8554
Phone Number

drottenberg@mayerbrown.com
Email Address